William R. Fix, W.S.B. #5-1908
3270 W. Wilderness Lane
P.O. Box 297
Jackson, WY 83001
(307) 733-5848
fixlawoffice@gmail.com
*Attorney for Defendant*
*George Rosales*

## IN THE UNITED STATES DISTRICT COURT, WYOMING

## DISTRICT OF WYOMING

| | |
|---|---|
| ALEJANDRO JUAREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-CV-105-S |
| ) | |
| STANDARD DRYWALL, INC., ) | |
| and GEORGE ROSALES, ) | |
| ) | |
| Defendants. ) | |

### ANSWER OF DEFENDANT GEORGE ROSALES

COMES NOW the defendant, George Rosales, by and through counsel undersigned, and for his answer to plaintiff's complaint, hereby admits, denies, and affirmatively alleges, as follows:

### I. NATURE OF THE ACTION

Defendant George Rosales admits the allegations contained in paragraph 1 of plaintiff's complaint.

Defendant lacks sufficient knowledge or information to form a belief as to plaintiff's status as an undocumented alien as alleged in paragraph 3 of the complaint, and therefore denies the same.

Defendant George Rosales denies the allegations contained in paragraphs 2, 4, 5, 6, 7, 8, 9, 10, and 11 of plaintiff's complaint.

## II.   JURISDICTION AND VENUE

Defendant George Rosales admits the allegations contained in paragraphs 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, and 24 of plaintiff's complaint.

Defendant denies the allegations contained in paragraphs 18 and 23 of plaintiff's complaint.

## III.   COMMON ALLEGATIONS OF FACT

In response to paragraph 25 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales admits the allegations contained in paragraphs 26, 27, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, and 52 of plaintiff's complaint.

Defendant lacks sufficient knowledge or information to form a belief as to plaintiff's employment by Standard, as alleged in paragraphs 34 and 35 of plaintiff's complaint, and therefore denies the same.

Defendant George Rosales denies the allegations contained paragraphs 40, 41, 42, 43, 44, 45, 46, 49, 50, 51, 55, 59, 60, 61, 62 and 63 of plaintiff's complaint.

Defendant George Rosales lacks sufficient knowledge or information to form a belief as to the allegations contained in paragraphs 47, 48, 53, 54, 56, 57, and 58 of plaintiff's complaint, and therefore denies the same.

### FIRST CLAIM FOR RELIEF
#### (Forced Labor, 18 U.S.C. §1589 and Human Trafficking with Respect to Forced Labor, 18 U.S.C. §1592)

In response to paragraph 64 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales denies the allegations contained in paragraphs 65, 66, 67, 68, 69, and 74 of plaintiff's complaint.

Defendant George Rosales lacks sufficient knowledge or information to form a belief regarding the statements contained within paragraphs 70, 71, 72, and 73, and therefore denies the same.

### SECOND CLAIM FOR RELEF
#### (Wage Claim Against Standard)

In response to paragraph 75 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales lacks sufficient knowledge or information to form a belief regarding the allegations contained with paragraphs 76, 77, 78, 79, 80, and 81 of plaintiff's complaint, and therefore denies the same.

Defendant George Rosales denies the allegations contained within paragraphs 74 of plaintiff's complaint.

### THIRD CLAIM FOR RELIEF
(Conversion Against All Defendants)

In response to paragraph 82 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales denies the allegations contained in paragraphs 83, 84, 85, and 86 of plaintiff's complaint.

Defendant George Rosales lacks sufficient knowledge or information to form a belief as to the allegations contained in paragraph 87 of plaintiff's complaint, and therefore denies the same.

### FOURTH CLAIN FOR RELIEF
(Unjust Enrichment Against Standard)

In response to paragraph 88 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales lacks sufficient knowledge or information to form a belief regarding the allegations contained in paragraphs 89, 90, 91, 92, and 93 of plaintiff's complaint, and therefore denies the same.

**FIFTH CLAIM FOR RELEIF**
**(Civil Conspiracy Against All Defendants)**

In response to paragraph 94 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales denies the allegations contained in paragraphs 95 and 96 of plaintiff's complaint.

**SIXTH CLAIM FOR RELIEF**
**(Negligence Against Defendant George Rosales)**

In response to paragraph 97 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales lacks sufficient knowledge or information to form a belief as to the allegations contained in paragraphs 98, 99, 100, 101, 102, 103,l 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, and 123 of plaintiff's complaint, and therefore denies the same.

Defendant George Rosales denies the allegations contained in paragraphs 124, 125, and 126 of plaintiff's complaint.

**SEVENTH CLAIM FOR RELIEF**
**(Vicarious Liability/*Respondeat Superior***
**Against Defendant Standard Drywall)**

In response to paragraph 127 of plaintiff's complaint, Defendant George Rosales restates the previous answers as if set forth fully herein.

Defendant George Rosales lacks sufficient knowledge and information to form a belief as to the allegations contained in paragraphs 128, 129, 130, 131, 132, and 133 of plaintiff's complaint, and therefore denies the same.

All other allegations set forth in plaintiff's complaint not specifically admitted herein are denied.

DATED this 31st day of August, 2015.

/w/ William R. Fix
William R. Fix, W.S.B. #5-1908
3270 W. Wilderness Lane
P.O. Box 297
Jackson, WY 83001
(307) 733-5848
fixlawoffice@gmail.com
*Attorney for Defendant*
*George Rosales*

## CERTIFICATE OF SERVICE

This is to certify that on the 31st day of August, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

James E. Gigax
Murr Siler & Accomanzzo, P.C.
410 17th Street, Suite 2400
Denver, CO 80202-4402
jgigax@bmas.com

/s/ William R. Fix
William R. Fix