| ISSUED BY THE STOCK INSURANCE COMPANY HEREIN CALLED THE COMPANY | AGENT NUMBER | POLICY NUMBER |
|---|---|---|

**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA** 889

AGENT NUMBER: 0077262-00

POLICY NUMBER: WC   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
------------------------------------------------
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-00

| INCORPORATED UNDER THE LAWS OF | PENNSYLVANIA |
|---|---|

**ITEM 1.     NAMED INSURED:     MAILING ADDRESS     IDENTIFICATION NO.:**

STANDARD DRYWALL, INC.
3100 PALISADES DR
CORONA, CA 92880-9431

**AIG**

An AIG company

**EXECUTIVE OFFICES:**
175 Water Street
New York, NY 10038

SEE EXTENSION OF ITEM 1. OF THE INFORMATION PAGE - WC990610

I.D.# 917986436

| PRODUCERS NAME AND ADDRESS |
|---|

RANCHO MESA INSURANCE SERVICES, INC.
250 RIVERVIEW PARKWAY, SUITE 401
SANTEE, CA 92701-0000

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY INFORMATION PAGE

| INSURED IS CORPORATION | PREVIOUS POLICY NUMBER NEW |
|---|---|

**OTHER WORKPLACES NOT SHOWN ABOVE:     SEE EXTENSION OF ITEM 1. OF THE INFORMATION PAGE - WC990610**

**ITEM 2**   POLICY PERIOD 12:01 A.M. standard time at the insured's mailing address     FROM   07/01/13   TO   07/01/14

**ITEM 3**   **A.** Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:

AK AZ CO FL HI ID KS LA MS MT NE NM NV NY OK OR PA SD TX UT

**B.** Employers Liability Insurance: Part Two of the policy applies to the work in each state listed in item 3.A.
The limits of our liability under Part Two are:

Bodily Injury by Accident $      1,000,000   each accident
Bodily Injury by Disease  $      1,000,000   policy limit
Bodily Injury by Disease  $      1,000,000   each employee

**C.** Other States Insurance: Part Three of the policy applies to the states, if any, listed here:

AL AR CT DC DE GA IA IL IN KY MA MD ME MI MN MO NC NH NJ RI SC TN VA VT WI WV

**D.** This policy includes these endorsements and schedules:
SEE EXTENSION OF ITEM 3D. OF THE INFORMATION PAGE - WC990612

**ITEM 4**   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.
All information required below is subject to verification and change by audit.

| Classifications | Code Number | Premium Basis Total Remuneration [X] Annual ☐ 3 Year | Rate Per $100 OF Re- muneration | Estimated Premium [X] Annual ☐ 3 Year |
|---|---|---|---|---|

SEE EXTENSION OF ITEM 4. OF THE INFORMATION PAGE - WC7754
TAXES / ASSESSMENTS / SURCHARGES

EXPENSE CONSTANT (EXCEPT WHERE APPLICABLE BY STATE)

MINIMUM PREMIUM                                    TOTAL ESTIMATED ANNUAL PREMIUM

If indicated below, interim adjustments of premium shall be made:

☐ Semi-Annually     ☐ Quarterly     ☐ Monthly     DEPOSIT PREMIUM

07/23/13 LOS ANGELES                   05

*Archive Copy*

| Issue Date | Issuing Office | Authorized Representative | WC 00 00 01A |
|---|---|---|---|
| 39967 (Rev'd 04/08) | | | |

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY

## INSURANCE POLICY



National Union Fire Insurance Company of Pittsburgh, Pa.
American Home Assurance Company
The Insurance Company of The State of Pennsylvania
Chartis Property Casualty Company
Commerce and Industry Insurance Company
Granite State Insurance Company
Illinois National Insurance Company
New Hampshire Insurance Company

EXECUTIVE OFFICES
175 WATER STREET
NEW YORK, NY 10038

Coverage is provided by the Company designated on the Information Page
A Stock Insurance Company

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
QUICK REFERENCE**

BEGINNING ON
PAGE

GENERAL SECTION ............................................................................................................ 1
   A.  The Policy ................................................................................................................ 1
   B.  Who Is Insured .......................................................................................................... 1
   C.  Workers Compensation Law ....................................................................................... 1
   D.  State ........................................................................................................................ 1
   E.  Locations ................................................................................................................. 1

PART ONE-WORKERS COMPENSATION INSURANCE ................................................................ 1
   A.  How This Insurance Applies ........................................................................................ 1
   B.  We Will Pay .............................................................................................................. 1
   C.  We Will Defend ......................................................................................................... 1
   D.  We Will Also Pay ...................................................................................................... 1
   E.  Other Insurance ....................................................................................................... 1
   F.  Payments You Must Make........................................................................................... 2
   G.  Recovery From Others ............................................................................................... 2
   H.  Statutory Provisions .................................................................................................. 2

**THE ABOVE REFERENCED POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.**

WC 00 00 00 B (STANDARD)
(Ed. 04/92) (Rev'd 08/10)

*Archive Copy*

**QUICK REFERENCE - CONTINUED**

BEGINNING ON
PAGE

**PART TWO - EMPLOYERS LIABILITY INSURANCE**.................................................................2
    A.  How This Insurance Applies.............................................................................2
    B.  We Will Pay.......................................................................................................2
    C.  Exclusions .........................................................................................................3
    D.  We Will Defend..................................................................................................3
    E.  We Will Also Pay...............................................................................................3
    F.  Other Insurance.................................................................................................4
    G.  Limits of Liability...............................................................................................4
    H.  Recovery From Others......................................................................................4
    I.   Action Against Us..............................................................................................4

**PART THREE - OTHER STATES INSURANCE**.............................................................................4
    A.  How This Insurance Applies..............................................................................4
    B.  Notice..................................................................................................................4

**PART FOUR - YOUR DUTIES IF INJURY OCCURS** ....................................................................4

**PART FIVE - PREMIUM**.............................................................................................................5
    A.  Our Manuals.......................................................................................................5
    B.  Classifications.....................................................................................................5
    C.  Remuneration......................................................................................................5
    D.  Premium Payments............................................................................................5
    E.  Final Premium....................................................................................................5
    F.  Records...............................................................................................................5
    G.  Audit...................................................................................................................5

**PART SIX - CONDITIONS**.........................................................................................................6
    A.  Inspection...........................................................................................................6
    B.  Long Term Policy...............................................................................................6
    C.  Transfer of Your Rights and Duties...................................................................6
    D.  Cancellation.......................................................................................................6
    E.  Sole Representative...........................................................................................6

**PLEASE READ THE WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY CAREFULLY**

*Archive Copy*

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.
2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;
3. litigation costs taxed against you;
4. interest on a judgment as required by law until we offer the amount due under this insurance; and
5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

**Archive Copy**
© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

insurance or self-insurance.  Subject to any limits of liability that may apply, all shares will be equal until the loss is paid.  If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.  Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1.  of your serious and willful misconduct;
2.  you knowingly employ an employee in violation of law;
3.  you fail to comply with a health or safety law or regulation; or
4.  you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G.  Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury.  You will do everything necessary to protect those rights for us and to help us enforce them.

**H.  Statutory Provisions**

These statements apply where they are required by law.

1.  As between an injured worker and us, we have notice of the injury when you have notice.
2.  Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3.  We are directly and primarily liable to any person entitled to the benefits payable by this insurance.   Those persons may enforce our duties; so may an agency authorized by law.  Enforcement may be against us or against you and us.
4.  Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law.  We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5.  This insurance conforms to the parts of the

workers compensation law that apply to:
a.  benefits payable by this insurance;
b.  special taxes, payments into security or other special funds, and assessments payable by us under that law.

6.  Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

**A.  How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease.  Bodily injury includes resulting death.

1.  The bodily injury must arise out of and in the course of the injured employee's employment by you.
2.  The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3.  Bodily injury by accident must occur during the policy period.
4.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5.  If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or pos-sessions, or Canada.

**B.  We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1.  For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

*Archive Copy*

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8 Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Non-appropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356a.), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Safety and Health Act (30 USC Sections 801-945 ), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued there under, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

F.  **Other Insurance**
We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G.  **Limits of Liability**
Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.
1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.
A disease is not bodily injury by accident unless it results directly from bodily injury by accident.
2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.
Bodily injury by disease does not include disease that results directly from a bodily injury by accident.
3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H.  **Recovery From Others**
We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I.  **Actions Against Us**
There will be no right of action against us under this insurance unless:
1.  You have complied with all the terms of this policy; and

2.  The amount you owe has been determined with our consent or by actual trial and final judgment.
This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

PART THREE
**OTHER STATES INSURANCE**

A.  **How This Insurance Applies**
1.  This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.
2.  If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.
3.  We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.
4.  If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B.  **Notice**
Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

PART FOUR
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.
1.  Provide for immediate medical and other services required by the workers compensation law.
2.  Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.
3.  Promptly give us all notices, demands and legal

WC 00 00 00 B
(Ed. 7/11)
*Archive Copy*        4 of 6
© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE-PREMIUM

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

## PART SIX-CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

*Archive Copy*

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**IN WITNESS WHEREOF,** the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative.

President
National Union Fire
Insurance Company of
Pittsburgh, PA

President
American Home
Assurance Company

President
The Insurance Company
of The State of Pennsylvania

President
Chartis Property Casualty Company

President
Commerce and Industry
Insurance Company

President
Granite State Insurance Company

President
Illinois National Insurance Company

President
New Hampshire Insurance Company

Secretary
National Union Fire Insurance Company of Pittsburgh, PA
American Home Assurance Company
The Insurance Company of The State of Pennsylvania
Chartis Property Casualty Company
Commerce and Industry Insurance Company
Granite State Insurance Company
Illinois National Insurance Company
New Hampshire Insurance Company

**WC 00 00 00 B**

*Archive Copy*

STANDARD DRYWALL, INC.
3100 PALISADES DR
CORONA, CA 92880-9431

## CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM WORKERS COMPENSATION PREMIUM CREDIT APPLICATION

The Contracting Classification Premium Adjustment Program is applicable to qualifying employers engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on average hourly pay rates for each classification of contracting operations. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to the:

**For all applications except Hawaii:**
National Council on Compensation Insurance, Inc.
Customer Service Center
901 Peninsula Corporate Circle
Boca Raton, Florida 33487-1362

**For Hawaii applications only:**
National Council on Compensation Insurance, Inc.
Hawaii Service Center
1001 Bishop Street, Suite 1550
Honolulu, HI 96813

NCCI will advise us of any premium credit applicable.

**If NCCI does not receive this application within 180 days after policy inception, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state that this credit is being applied for (please note that each state that offers this credit requires a separate application), report the total payroll (excluding overtime premium pay, pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer), and the corresponding total number of hours worked for the third calendar quarter (July, August, September) of the year preceding your anniversary rating date.

Note # 1:   If you did not engage in contracting operations during the third quarter, the requested information to be provided should, then, be for the last complete calendar quarter prior to the anniversary rating date of your workers compensation policy.

Note # 2:   If you are a new business (no prior operations), submit the requested information for the first complete calendar quarter following the anniversary rating date of your workers compensation policy when available.

Note # 3:   In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Note # 4:   In absence of specific anniversary rating date being supplied on application, it will be assumed that the policy effective date is the same as the anniversary rating date.

Please preserve your anniversary rating date and payroll records that formed the basis for this declaration, because we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Sincerely,

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Form NC-5000A

© Copyright 2009  National Council on Compensation Insurance, Inc. All Rights Reserved.

Archive Copy

**CONTRACTING CLASSIFICATION-PREMIUM CREDIT APPLICATION**

Insured: _____

_____

STATE CREDIT BEING APPLIED FOR
(NOTE: one state per application): _____

| POLICY NUMBER: _____ | POLICY EFFECTIVE DATE: _____ | ANNIVERSARY RATING DATE (as defined in NCCI's *Basic Manual*) _____ |
|---|---|---|

CARRIER: _____

**NOTE:** Unless code(s), total wages paid, total hours worked, and calendar quarter reported are indicated and application is signed, it cannot be processed. Contact your agent or carrier if assistance is desired.

| CLASSIFICATION | CODE | TOTAL WAGES PAID | TOTAL HOURS WORKED |
|---|---|---|---|
| Example: Electrical Wiring | 5190 | $8,000 | 520 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Non-contracting Classifications: |  |  |  |
|  |  |  |  |
|  |  |  |  |

**The foregoing is based on actual wages** (excluding overtime premium pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, as well as the entire pay for any exempt sole proprietor, partner, or officer) **and hours worked as reflected in our payroll records for the complete calendar quarter.**

**Complete Calendar Quarter (please circle one):**

| 1st (1/1-3/31) | 2nd (4/1-6/30) |
|---|---|
| 3rd (7/1-9/30) | 4th (10/1-12/31) |

Calendar Year: _____

SIGNATURE: _____  POSITION: _____  DATE: _____

Form NC-5000A

Archive Copy

© Copyright 2009  National Council on Compensation Insurance, Inc. All Rights Reserved.

**Small Deductible Notice to Applicant or Policyholder**

We are required to make you aware that small deductibles are available in the states listed below. This is a notification and you are under no obligation to elect a small deductible.

Alabama, Arkansas, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Kentucky, Maine, Massachusetts, Montana, Nebraska, New Hampshire, New Mexico, New York, Oklahoma, Oregon, South Carolina and Texas

Small deductibles are optional and available in varying incremental amounts, usually between $100 and $2,500, depending on the state, and in some cases in higher amounts. In some states small deductibles apply only to the medical portion of the claim, while other states have certain statutory eligibility requirements, such as a minimum amount of premium in that state or that the employer is experience rated.

If you elect a small deductible in Delaware, Oklahoma, Oregon or Texas, you are required to complete a state-specific form, available from your insurance producer, who will send the form to us prior to the effective date of your policy.

Small deductibles are offered subject to a determination of credit worthiness, with some state exceptions.

If you want more information about small deductibles available by state, contact your insurance producer. All requests for consideration for small deductible policies must be made prior to the effective date of the policy.

SDEDNOTE
(Ed. 06-13)

*Archive Copy*

**TERRORISM (TRIPRA) POLICYHOLDER NOTICE - PREMIUM DETERMINATION**

As indicated in the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement(s) included in this Policy, the premium you have been charged for coverage under the Terrorism Risk Insurance Program Reauthorization Act of 2007 ("TRIPRA") is shown in Item 4 of the Information Page, and State Schedule Page form WC 7754.   The Schedule below shows how the premiums for TRIPRA were determined.

### *Schedule*

| State/Jurisdiction | Premium Determination Method |
|---|---|
| Arizona, Colorado, Connecticut, Florida, Idaho, New Jersey, New Mexico, North Carolina, West Virginia and Wisconsin........................................................................ | Rate per $100 of Remuneration. |
| New York.................................................................. | Rate per $100 of Remuneration _and_ rate applied to Total Classification Premium. |
| Kansas, Maine, New Hampshire and Virginia............................ | Included in rates applied to Premium Basis (Remuneration) for calculation of annual premium for each applicable classification of operations. |
| Alabama, Alaska, Arkansas, Iowa, Montana, Nevada, Tennessee and Texas.................................................... | Rate per $100 of Remuneration <u>in addition to</u> charge included in rates applied to Premium Basis (Remuneration) for calculation of annual premium for each applicable classification of operations. |
| All Other States/Jurisdictions.................................. | Rate applied to Total Classification Premium. |

**TRSMNOTA**
**(Ed. 12/10)**

*Archive Copy*

## DESIGNATED WORKPLACES EXCLUSION ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 07/01/2013          forms a part of Policy No. WC     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

Issued to STANDARD DRYWALL, INC.

By THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

The policy does not cover work conducted at or from;

ANY WORK PERFORMED BY OR ON BEHALF OF YOU UNDER ANY OWNER
CONTROLLED INSURANCE PROGRAM (O.C.I.P.) OR CONTRACTOR
CONTROLLED INSURANCE PROGRAM (C.C.I.P.), OTHERWISE REFERRED
TO AS WRAP-UP PROGRAM THAT YOU MAY ENTER INTO.

WC 00 03 02                    Countersigned by _____
(Ed. 04/84)
                    *Archive Copy.*                                    Authorized Representative

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement changes the policy to which it is attached effective on inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 07/01/2013         forms a part of Policy No. WC    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

Issued to STANDARD DRYWALL, INC.

By THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Premium INCLUDED

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit any one not named in the Schedule.

<b>Schedule</b>

THE PREMIUM FOR THE ENDORSEMENT IS INCLUDED

> ANY PERSON OR ORGANIZATION WITH WHOM YOU HAVE
> ENTERED INTO A CONTRACT, A CONDITION OF WHICH
> REQUIRES YOU TO OBTAIN THIS WAIVER FROM US.
> THIS ENDORSEMENT DOES NOT APPLY TO BENEFITS OR
> DAMAGES PAID OR CLAIMED:
> 1. PURSUANT TO THE WORKERS' COMPENSATION OR
> EMPLOYERS' LIABILITY LAWS OF KENTUCKY, NEW
> HAMPSHIRE, OR NEW JERSEY; OR,
> 2. BECAUSE OF INJURY OCCURRING BEFORE YOU
> ENTERED INTO SUCH A CONTRACT.

This form is not applicable in California, Kentucky, New Hampshire, New Jersey, North Dakota, Ohio, Tennessee, Texas, Utah, or Washington.

WC 00 03 13
(Ed. 04/84)

Countersigned by _____

**Authorized Representative**

*Archive Copy*

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 07/01/2013          forms a part of Policy No. WC   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

Issued to STANDARD DRYWALL, INC.

By THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

THIS ENDORSEMENT IS NOT APPLICABLE IN NEW JERSEY, PENNSYLVANIA,
CALIFORNIA, DELAWARE, TEXAS, MAINE OR NEVADA.

WC 00 04 14          Countersigned by _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(Ed. 07/90)

*Archive Copy*                                                              Authorized Representative

**CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 07/01/2013         forms a part of Policy No. WC    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

Issued to STANDARD DRYWALL, INC.

By THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a, It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

WC 00 04 21C
(Ed. 09/08)

Countersigned by _____

© Copyright 2008 National Council on Compensation Insurance Inc.  All rights reserved.

_Archive Copy_

Authorized Representative

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM  07/01/2013          forms a part of Policy No. WC    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

Issued to STANDARD DRYWALL, INC.

By THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    a.   The act is an act of terrorism.

    b.   The act is violent or dangerous to human life, property or infrastructure.

    c.   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**WC 00 04 22A**
**(Ed. 09/08)**
© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Archive Copy

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amounts shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

**WC 00 04 22A**
**(Ed. 09/08)**

**Countersigned by** _____

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

Archive Copy

Page 2 of 2

**Authorized Representative**

**IDAHO ALCOHOL AND DRUG-FREE WORKPLACE PREMIUM CREDIT ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM   07/01/2013       forms a part of Policy No. WC   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

Issued to STANDARD DRYWALL, INC.

By THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

This endorsement provides notice that the premium for your policy may be affected by the Idaho Alcohol and Drug-Free Workplace Premium Credit Program.

The Idaho Department of Insurance has approved the use of up to a 5% premium credit in the voluntary market and a flat 5% premium credit in the assigned risk market if you have established and maintain a qualifying alcohol and drug-free workplace program.

We will determine your eligibility for this premium credit either during the policy period or at the time your final premium audit is processed.

To allow a credit, we must receive a written statement from you certifying that you have established and maintain an alcohol and drug-free workplace program. Your program must meet the requirements of Sections 72-1701 through 72-1715 of the Idaho Code. We have the right to require additional information to verify that you have established and maintain a qualifying program.

The determination that you have a qualifying program must be made each year that you receive the premium credit.

Minimum premium policies are not eligible for this premium credit.

WC 11 04 02 A            Countersigned by _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(Ed. 07/11)
                                                                                        **Authorized Representative**

© Copyright 2011 National Archive Copy ation Insurance, Inc. All Rights Reserved.