Deborah M. Kellam, Esq. [Atty. No. 5-2541]
Lance E. Shurtleff, Esq. [Atty. No. 6-3794]
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, Wyoming  82001
Phone:   (307) 514-2567
Email:   kellamd@hallevans.com
         shurtleffl@hallevans.com

**ATTORNEYS FOR DEFENDANT
STANDARD DRYWALL, INC.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| ALEJANDRO JUAREZ | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| STANDARD DRYWALL, INC., and | ) |
| GEORGE ROSALES | ) Case Number: 15-CV-105-S |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff Alejandro Juarez ("Juarez"), Defendant Standard Drywall, Inc. ("SDI"), and Defendant George Rosales, by and through their respective attorneys, and hereby Stipulate and Agree to Dismiss this matter (Case Number 15-CV-105-S), with prejudice, each party to pay their own attorney fees, costs, and expenses.

Respectfully submitted this 16th day of August, 2016.

| | |
|---|---|
| **ATTORNEY FOR PLAINTIFF ALEJANDRO JUAREZ:**<br><br>Dated this 15th day of August, 2016.<br><br>*s/ James E. Gigax*<br>_____<br>James E. Gigax, Esq. [Wyo. Bar No. 5-1913]<br>Murr Siler & Accomazzo, P.C.<br>410 17th Street, Suite 2400<br>Denver, CO 80202-4402<br>Phone: (303) 534-2277<br>Email: jgigax@msa.legal | **ATTORNEYS FOR DEFENDANT GEORGE ALBERT ROSALES:**<br><br>Dated this 15th day of August, 2016.<br><br>*s/ William R. Fix*<br>_____<br>William R. Fix, Esq.<br>P. O. Box 297<br>Jackson, WY 83001<br>Phone: (307) 733-5848<br>Email: fixlawoffice@gmail.com |
| **ATTORNEYS FOR DEFENDANT STANDARD DRYWALL, INC.**<br><br>Dated this 15th day of August, 2016<br><br>*s/ Deborah M. Kellam*<br>_____<br>Deborah M. Kellam, Esq. [Atty. No. 5-2541]<br>Lance E. Shurtleff, Esq. [Atty. No. 6-3794]<br>Hall & Evans, LLC<br>2015 Central Avenue, Suite C<br>Cheyenne, WY 82001<br>Phone: (307) 514-2567<br>Email: kellamd@hallevans.com<br>shurtleffl@hallevans.com | |