FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 AUG 16 PM 4:43
STEPHAN HARRIS, CLERK
CASPER

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| ALEJANDRO JUAREZ | ) |
| Plaintiff, | ) |
| vs. | ) |
| STANDARD DRYWALL, INC., and GEORGE ROSALES | ) Case Number: 15-CV-105-S |
| Defendants. | ) |

## ORDER APPROVING STIPULATED MOTION TO DISMISS WITH PREJUDICE and ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before this Court upon the Stipulated Motion to Dismiss with Prejudice, filed by the parties, and, this Court having been advised in the premises,

IT IS HEREBY ORDERED that said Stipulated Motion to Dismiss with Prejudice is APPROVED. This matter (Case Number 15-CV-105-S) is DISMISSED, WITH PREJUDICE, each party to pay their own attorney fees, costs, and expenses.

Dated this __16TH__ of __August__, 2016.

BY THE COURT:

_____
United States District Court Judge